UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.

VERONICA BONILLA, IZAMAR
GUADAMUZ and all others similarly
situated under 29 U.S.C. 216(b),

        Plaintiffs,

v.

LA CASA DE LOS TRUCOS, INC.,
CARMEN TORRES and JORGE TORRES,

        Defendants.
_____/

## **NOTICE OF REMOVAL**

Defendants, LA CASA DE LOS TRUCOS, INC., CARMEN TORRES and JORGE TORRES, pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446, hereby remove this action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami Dade County, Florida to the United States District Court for the Southern District of Florida, Miami Division. In support of removal, Defendants state as follows:

1. Plaintiffs, VERONICA BONILLA and IZAMAR GUADAMUZ, commenced this action on or about July 29, 2022, in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County Florida, Case No. 2022-014093-CA-01 (hereinafter referred to as the "State Court Action").

2. The Complaint raises claims against Defendants, LA CASA DE LOS TRUCOS, INC., CARMEN TORRES and JORGE TORRES, for unpaid overtime wages in violation of Federal Labor Standards Act (FLSA), 29 U.S.C. §§ 201-219. Because Plaintiffs are asserting

1

claims under a federal statute, this action is subject to removal based on federal question jurisdiction pursuant to 28 U.S.C. § 1331. *See* **Exhibit A.**

3. Defendants, LA CASA DE LOS TRUCOS, INC., and CARMEN TORRES, were served on August 17, 2022, with the Summons and Complaint in the State Court Action.

4. Defendant, JORGE TORRES, was served on August 18, 2022, with the Summons and Complaint in the State Court Action.

5. This Notice of Removal has been timely filed within thirty (30) days after service of process on Defendants as required by 28 U.S.C. § 1446(b).

6. The events alleged by Plaintiffs giving rise to their claims occurred in Miami-Dade County as alleged in Paragraph 9 of Plaintiffs' Complaint. Thus, venue is properly in the United States District Court for the Southern District of Florida, Miami Division. See 28 U.S.C. §§ 1441(a),(e) & 1446(a).

7. Copies of docket sheet and all filings in the State Court Action are attached hereto as **Composite Exhibit B** pursuant to 28 U.S.C. § 1446(a).

8. Removal pursuant to 28 U.S.C. §§ 1441 and 1446 is proper in this case. Plaintiffs' Complaint asserts a claim of unpaid wages under a federal statute, the FLSA, 29 U.S.C. 29 U.S.C. §§ 201-219, thereby conferring upon this Court original jurisdiction pursuant to 28 U.S.C. § 1331

9. Upon the filing of this Notice of Removal, Defendants will give written notice thereof to attorney for Plaintiffs, and a copy of this Notice will be promptly filed with the Clerk of the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, as required under 28 U.S.C. § 1446(d). *See* **Exhibit C**.

10. The filing of this Notice of Removal does not constitute a waiver of any defenses which may be available to Defendants.

## MEMORANDUM OF LAW

This action is properly removable to federal court because Plaintiffs' Complaint presents a federal question pursuant to 28 U.S.C. § 1331, inasmuch as Plaintiffs allege violations of rights under the FLSA. Therefore, removal is appropriate pursuant to 28 U.S.C. § 1441.

WHEREFORE, on the basis of the foregoing, Defendants, LA CASA DE LOS TRUCOS, INC., CARMEN TORRES and JORGE TORRES, respectfully request that the Court take jurisdiction of this action and grant such other and further relief as the Court deems just and proper under the circumstances.

Respectfully submitted this 6th day of September, 2022.

**FORDHARRISON LLP**

/s/ Rodolfo Gomez
Rodolfo Gomez
Florida Bar No. 0820903
Elizabeth M. Rodriguez
Florida Bar No. 821690
One S.E. 3rd Avenue, Suite 2130
Miami, Florida 33131
Telephone: (305) 808-2143
Facsimile: (305) 808-2101
rgomez@fordharrison.com
erodriguez@fordharrison.com
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of September, 2022 I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**SERVICE LIST**

J.H. Zidell, Esq.
J.H. ZIDELL, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
Telephone: 305-865-6766
Fax: 305-865-7167
zabogado@aol.com
Counsel for Plaintiffs

/s/ Rodolfo Gomez
Counsel for Defendants