UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 22-CV-22820- OTAZO-REYES
[CONSENT CASE]

VERONICA BONILLA, IZAMAR )
GUADAMUZ and all others similarly situated )
under 29 U.S.C. 216(b), )
       Plaintiffs, )
vs. )
)
LA CASA DE LOS TRUCOS, INC., )
CARMEN TORRES and JORGE TORRES, )
       Defendants. )

## ORDER APPROVING THE PARTIES' SETTLEMENT AGREEMENT AND STIPULATED DISMISSAL WITH PREJUDICE

Having reviewed the Settlement Agreement between Plaintiffs, VERONICA BONILLA and IZAMAR GUADAMUZ and Defendants LA CASA DE LOS TRUCOS, INC., CARMEN TORRES and JORGE TORRES, it appears to the Court that due cause exists to approve settlement and dismiss the case with prejudice regarding Plaintiffs claims against Defendants with the Court to retain jurisdiction to enforce the terms of the Settlement Agreement. And therefore, it is:

**ORDERED,** and **ADJUDGED** that the Settlement Agreement is hereby **APPROVED** by the Court under *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), and this case is **DISMISSED WITH PREJUDICE** with the Court to retain jurisdiction to enforce the terms of the Settlement Agreement.

**DONE AND ORDERED** in Chambers in Miami, Florida on November 14, 2022.

                                              ALICIA M. OTAZO-REYES
                                              MAGISTRATE JUDGE

CC: All parties of record